# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal No. 1:21-cr-00117-JAW |
| ) | |
| NAPOLEON GONZALEZ ) | |

### SPEEDY TRIAL EXCLUSION ORDER

This matter comes before the court upon the defendant's unopposed motion to continue trial from September 7, 2021, to October 6, 2021. Counsel for the defendant has represented the following:

1. Defense counsel has not yet had an opportunity to review the discovery materials in their entirety with the defendant;

2. Defense counsel intends to retain the services of both an investigator and psychologist to assist in determining certain questions of fact;

3. Defense counsel is currently out-of-state visiting family; and

4. Counsel for the government has no objection to the requested continuance.

After full consideration of the representations of the parties in this case and after full consideration of the record in this case, the court hereby incorporates such representations as findings of fact. Taking into consideration the factors set forth in Title 18, United States Code, Section 3161(h)(7)(B), the court can and does find that the ends of justice served by the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

**IT IS HEREBY ORDERED THAT:**

1. The defendant's Motion is hereby **GRANTED**. This case shall be placed on

   the October 6, 2021 trial list.

2. The pretrial motion deadline is extended from August 17, 2021, to September 17, 2021.

3. The time period between August 18, 2021, and October 6, 2021, is hereby excluded from calculations under the Speedy Trial Act, Title 18, United States code Section 3161 *et seq.*

**SO ORDERED.**

   Dated: August 19, 2021

/s/ John A. Woodcock, Jr.
John A. Woodcock, Jr.
United States District Judge