UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.   )<br>)<br>NAPOLEON GONZALEZ,   )<br>A/K/A/ "GUILLERMO GONZALEZ"   ) | No. 1:21-cr-00117-JAW |

## JURY VERDICT FORM

**Count One: Fraud in Connection with the Transfer, Possession, or Use of a Means of Identification**

1. We, the Jury, find the Defendant, Napoleon Gonzalez, __Guilty beyond a reasonable doubt__
(Not Guilty / Guilty Beyond a Reasonable Doubt)
of the offense charged in Count One.

**Count Two: False Statement in Application and Use of a Passport**

2. We, the Jury, find that the Government __has__ proven by a
(has / has not)
preponderance of the evidence that venue is appropriate in the District of Maine.

*(If you have answered "Has" to Question 2, please proceed to Question 3. If you have answered "Has not" to Question 2, please skip to Question 4.)*

3. We, the Jury, find the Defendant, Napoleon Gonzalez, __Guilty beyond a reasonable doubt__
(Not Guilty / Guilty Beyond a Reasonable Doubt)
of the offense charged in Count Two.

**Count Three: Use of Passport Obtained by False Statement**

4. We, the Jury, find that the Government __has__ proven by a
(has / has not)
preponderance of the evidence that venue is appropriate in the District of Maine

*(If you have answered "Has" to Question 4, please proceed to Question 5. If you have answered "Has not" to Question 4, please skip to Question 6.)*

5. We, the Jury, find the Defendant, Napoleon Gonzalez, _Guilty beyond a reasonable doubt_
(Not Guilty / Guilty Beyond a Reasonable Doubt)
of the offense charged in Count Three.

### Count Four: Social Security Fraud – Concealment

6. We, the Jury, find the Defendant, Napoleon Gonzalez, _Guilty beyond a reasonable doubt_
(Not Guilty / Guilty Beyond a Reasonable Doubt)
of the offense charged in Count Four.

### Count Five: Use of Social Security Number Obtained by False Statement

7. We, the Jury, find the Defendant, Napoleon Gonzalez, _Guilty beyond a reasonable doubt_
(Not Guilty / Guilty Beyond a Reasonable Doubt)
of the offense charged in Count Five.

### Count Six: Mail Fraud

8. We, the Jury, find the Defendant, Napoleon Gonzalez, _Guilty beyond a reasonable doubt_
(Not Guilty / Guilty Beyond a Reasonable Doubt)
of the offense charged in Count Six.

*Please sign and date the form.*

Dated: August 18, 2023

Signature Redacted – Original on file with the Clerk's Office

Jury Foreperson

2